ADAM PAUL LAXALT
Attorney General
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendant Anthony Warren*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY PORCHIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-02987-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Larry Porchia, Plaintiff Pro Se, and Defendant Anthony Warren, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the

///

///

///

///

parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED March 16, 2018.                    DATED March 20, 2018.

                                         ADAM PAUL LAXALT
                                         Nevada Attorney General


_____                By: _____
Larry Porchia                            Jared M. Frost
                                         Senior Deputy Attorney General
*Plaintiff Pro Se*                       Office of the Nevada Attorney General
                                         555 E. Washington Avenue, Suite 3900
                                         Las Vegas, Nevada 89101

                                         *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

                                         DATED  March 21  , 2018.


                                         _____
                                         UNITED STATES DISTRICT JUDGE